UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:14-CV-00035-TBR

JENNIFER DAUGHERTY                                                    Plaintiff

v.

HILLCREST CREDIT AGENCY                                          Defendant

**ORDER**

This matter is before the Court upon Plaintiff Jennifer Daugherty's "Notice of Voluntary Dismissal with Prejudice."   (Docket No. 4.)   Defendant Hillcrest Credit Agency has not yet served an answer or other responsive pleading.   Therefore, in accordance with Fed. R. Civ. P. 41(a)(1);

IT IS HEREBY ORDERED that Plaintiffs' Complaint is DISMISSED with prejudice, and this action is dismissed from the Court's active docket.

This is a final and appealable Order.

Date:

cc:      Counsel